IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEVEN AKRIGHT,

                                                                  ORDER

                Plaintiff,

                                                  07-cv-625-bbc

      v.

ROXANE CAPELLE, sued in
her individual capacity,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has filed a motion for an extension of time until April 10, 2008, in which to respond to plaintiff's first set of interrogatories and request for production of documents. In her motion, defendant says that Department of Corrections staff are attempting to recover a document that plaintiff has requested but that they have not yet been able to find. Because the calendar allows this extension I will grant her request.

ORDER

IT IS ORDERED that defendant's motion for an extension of time to make discovery responses (dkt. #14) is GRANTED. Defendant has until April 10, 2008 in which to

1

respond to plaintiff's first set of interrogatories and request for production of documents.

Entered this 3rd day of April, 2008.

                          BY THE COURT:

                          /s/

                          _____
                          BARBARA B. CRABB
                          District Judge