IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEVEN AKRIGHT,

                                                MEMORANDUM

            Plaintiff,

                                                07-cv-0625-jtm

     v.

ROXANE CAPELLE, sued in
her individual capacity,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Because of the impact Judge Shabaz's continued medical leave has had on this court's calendar, I have accepted the offer of Judge James T. Moody, Senior Judge of the United States District Court for the Northern District of Indiana, to preside over trial proceedings scheduled to begin on the morning of October 14, 2008.  Accordingly, this case will be reassigned to Judge Moody for the duration of these proceedings beginning with the final

1

pretrial conference at 8:30 a.m. on October 14 and continuing until the completion of trial.

Entered this 23rd day of September, 2008.

                        BY THE COURT:

                        /s/

                    _____
                    BARBARA B. CRABB
                    District Judge